UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

QUINCY BLYTHE,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

    Defendant.

Case No. 17-cv-980-JPG-CJP

## MEMORANDUM AND ORDER

This matter comes before the Court for case management purposes. Plaintiff Quincy Blythe filed this case seeking review of a decision by the Commissioner of Social Security on September 12, 2017, but he did not pay the filing fee as required by 28 U.S.C. § 1914(a) and Local Rule 3.1(a). He also did not file a motion for leave to proceed *in forma pauperis* without prepayment of fees as provided by 28 U.S.C. § 1915(a)(1) and Local Rule 3.1(b). In an order dated September 29, 2017, the Court noted this deficiency and warned Blythe that it would dismiss this case if the plaintiff did not pay the filing fee or file a motion for leave to proceed *in forma pauperis* on or before October 13, 2017 (Doc. 4). Blythe has done neither. Accordingly, as it warned it would do, the Court **DISMISSES** this action **without prejudice** for failure to pay the filing fee as required by 28 U.S.C. § 1914(a) and Local Rule 3.1(a). The Court **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: February 14, 2018**

                      s/ J. Phil Gilbert
                      **J. PHIL GILBERT**
                      **DISTRICT JUDGE**