UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

QUINCY BLYTHE,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

    Defendant.

Case No. 17-cv-980-JPG-CJP

## JUDGMENT

This matter having come before the Court and the plaintiff having failed to pay the filing fee,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: February 14, 2018**      **JUSTINE FLANAGAN, Acting Clerk of Court**

    **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**